BEFORE THE FIRST DIVISION, MARCH 25, 1969

**No. P69/81.**—Moskatel's, Inc., et al. *v.* United States, protests 67/83103, etc. (Los Angeles).

**No. P69/82.**—Adler Enterprises, Inc. *v.* United States, protests 68/18488–6704, etc. (Chicago).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of artificial flowers, trees, foliage, fruits, vegetables, grasses, or grains, and articles made of the foregoing, in chief value of plastic, assembled in the same manner as the merchandise the subject of *Armbee Corporation et al.* v. *United States* (60 Cust. Ct. 105, C.D. 3278) and *Zunold Trading Corporation et al.* v. *United States* (60 Cust. Ct. 112, C.D. 3279), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, APRIL 1, 1969

**No. P69/83.**—North Hollywood Mfg. Co. et al. *v.* United States, protests 67/55063, etc. (Los Angeles).

**No. P69/84.**—North Hollywood Mfg. Co. et al. *v.* United States, protests 67/70586, etc. (Los Angeles).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of artificial flowers, trees, foliage, fruits, vegetables, grasses, or grains, and articles made of the foregoing, in chief value of plastic, assembled in the same manner as the merchandise the subject of *Armbee Corporation et al.* v. *United States* (60 Cust. Ct. 105, C.D. 3278) and *Zunold Trading Corporation et al.* v. *United States* (60 Cust. Ct. 112, C.D. 3279), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 1, 1969

**No. P69/85.**—Seedman International Corp. *v.* United States, protest 66/20918 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of electric bicycle sirens similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082), the claim of the plaintiff was sustained.